### JOHN KUCEJ *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Wendi D. Kowarik*, in support of the petition.

Decided October 22, 1998

### STATE OF CONNECTICUT *v.* JOHNNY JOE MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 738 (AC 16941), is denied.

*John E. Doran*, special public defender, in support of the petition.

*Peter A. McShane*, assistant state's attorney, in opposition.

Decided October 27, 1998